United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 4, 2006**

Charles R. Fulbruge III
Clerk

In the

# United States Court of Appeals
for the Fifth Circuit

---

m 05-30280

---

ELLIOTT J. MAJOR, JR., ETC.; ET AL.,

Plaintiffs,

VERSUS

RON LIONEL WILLIAMS, ET AL.,

Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

COURTNEY MAJOR; ET AL.,

Plaintiffs,

VERSUS

RON LIONEL WILLIAMS, ET AL.,

Defendants,

JOHN-MICHAEL LAWRENCE,

Intervenor-Appellant,

VERSUS

R. JOSHUA KOCH, JR.,
FORMER COUNSEL FOR PLAINTIFFS
COURTNEY MAJOR, ELLIOTT J. MAJOR, III, AND NICOLE MAJOR,

Intervenor-Appellee,

VERSUS

DARRYL M. PHILLIPS,

Appellee.

—————————————

Appeal from the United States District Court
for the Eastern District of Louisiana
m 2:03-CV-2488

—————————————

2

Before JOLLY, HIGGINBOTHAM, and SMITH,
  Circuit Judges.

PER CURIAM:[*]

John-Michael Lawrence, as intervenor, appeals a judgment denying his claim for fees and costs against Darryl Phillips and the Cochran law firm in the case of Elliott Major, III. Lawrence claimed, in the district court, that as attorney for the father, Elliott Major, Jr., he was entitled to take attorney's fees from the settlement share of the son, Elliott Major, III, because the son, as a minor, could not retain separate legal counsel. The magistrate judge, sitting by designation, disagreed, holding that Lawrence's representation of both father and son would have created a conflict of interest and that, moreover, Lawrence never acted on behalf of the son and that the son was emancipated and that his legal services contract with his counsel was valid under Louisiana law.

We have reviewed the briefs of counsel and pertinent portions of the record. We agree generally with the court's conclusions, and in any event we find no reversible error. The judgment is AFFIRMED, essentially for the reasons assigned by the magistrate judge in her comprehensive Order and Reasons entered on January 26, 2005.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.